# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. MELCHIONNE, | 1:08-cv-00116 OWW DLB HC |
| Petitioner, | ORDER REGARDING PETITIONER'S MOTION TO WITHDRAW; STRIKING MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT, DIRECTING CLERK OF COURT TO OPEN NEW § 2254 ACTION; AND DIRECTING PETITIONER TO FILE AMENDED PETITION |
| v. | |
| JAMES E. TILTON, | |
| Respondent. | |
| / | [Doc. 10] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on January 18, 2008. On February 6, 2008, Petitioner filed a motion for leave to file a supplemental petition. (Court Doc. 6.) On March 4, 2008, the Court directed Petitioner to file a second amended petition. (Court Doc. 8.) Specifically, Petitioner was advised that he could not challenge several different decisions in a single petition, only one decision could be challenged per habeas petition. (Id.)

On March 14, 2008, Petitioner filed a motion to withdraw his supplemental petition.

As stated in the Court's March 4, 2008, order, the original petition appears to challenge a California Department of Corrections and Rehabilitation Rules Violation Report for murder, and denial of parole as a result of the rules violation. (Court Docs. 1, 8.) The supplemental petition appears to challenge the murder conviction in the Kings County Superior Court. (Court Docs. 6, 8.)

1

1      As far as the Court can decipher, it appears that Petitioner was attempting to file the
2 supplemental petition as a new and separate petition challenging his murder conviction in the
3 Kings County Superior Court, and Petitioner faults this Court for failing to do so.  However,
4 Petitioner is advised that the supplemental petition was filed by Petitioner as a motion to submit
5 a supplemental petition with specific reference to the instant case.  (See Court Doc. 6.)  Petitioner
6 is advised that it is not the duty of the Court to decipher the intent of his filings.

7      With regard to the original petition, as stated in the Court's March 4, 2008, order, to the
8 extent Petitioner is challenging both the rules violation report and the denial of parole, Petitioner
9 must file separate petitions to challenge the different decisions.  Accordingly, Petitioner must
10 amend the instant petition to determine which decision he seeks to challenge.

11      Based on the foregoing, it is HEREBY ORDERED that:
12      1.   Petitioner's motion to withdraw the supplemental petition (Court Document # 6)
13           is GRANTED, and the supplemental petition at Court Document #6 is
14           STRICKEN from the record;
15      2.   The Clerk of Court is directed to open a new § 2254 action with the supplemental
16           petition at Court Document # 6;
17      3.   Within thirty (30) days from the date of service of this order, Petitioner must file
18           an amended petition to clarify which decision he seeks to challenge in the instant
19           action; and,
20      4.   Failure to comply with this order will result in a recommendation that the action
21           be dismissed for failure to comply with a court order.  Local Rule 11-110.
22      IT IS SO ORDERED.

23      Dated:   **May 14, 2008**               /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE