# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. MELCHIONNE,<br><br>                    Petitioner,<br>vs.<br><br>JAMES E. TILTON,<br><br>                    Respondent. | CASE NO. 1:08-cv-00116 DMS (BLM)<br><br>**ORDER (1) ADOPTING FINDINGS AND RECOMMENDATION AND (2) DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |

On January 18, 2008, Petitioner Mario A. Melchionne ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in the United States District Court for the Eastern District of California. On November 12, 2008, Magistrate Judge Dennis L. Beck issued a Report and Recommendation ("R&R"), recommending that the Court dismiss the Petition as duplicative. The case was subsequently transferred to the undersigned visiting judge on November 25, 2008.

This Court, having reviewed *de novo* the Magistrate Judge's Report, and there being no objections filed to the Report, adopts the recommendation in full and **DISMISSES** the petition for habeas corpus. The Clerk of Court shall terminate this case.

**IT IS SO ORDERED**.

DATED: February 10, 2009

_____
HON. DANA M. SABRAW
United States District Judge

- 1 -