# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. MELCHIONNE,<br><br>　　　　　　　　　　　　Petitioner,<br>　vs.<br>JAMES E. TILTON, Secretary, California Department of Corrections and Rehabilitation,<br><br>　　　　　　　　　　　　Respondent. | CASE NO. 08cv00116 DMS BLM<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |

On February 10, 2009, this Court entered judgment dismissing the petition for a writ of habeas corpus brought by Petitioner pursuant to 28 U.S.C. § 2254. On June 8, 2009, Petitioner filed a Notice of Appeal, which this court construes as a request for a Certificate of Appealability. A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). *See also Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Having reviewed the Petition, the R&R and the February 10, 2009 Order dismissing the Petition, the Court finds Petitioner has failed to demonstrate that reasonable jurists would find this

1  Court's dismissal of his petition debatable.  Therefore, the Court denies Petitioner's request for a
2  certificate of appealability.
3  **IT IS SO ORDERED.**
4  DATED: August 14, 2009

HON. DANA M. SABRAW
United States District Judge